# Third District Court of Appeal
## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1037
Lower Tribunal No. 06-3222
_____

**General Asphalt Co., Inc.,**
Appellant,

vs.

**Marta Escobar,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Yvonne Colodny, Judge.

Shubin & Bass, P.A., and Jeffrey S. Bass, Katherine R. Maxwell, Mark E. Grafton and Whitney A. Kouvaris, for appellant.

Holland & Knight LLP, and Anna Marie Gamez, Christopher N. Bellows, and Manuel A. Miranda, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.